Paige WORTHINGTON,[1] Respondent Below, Appellant,

v.

Gavin E. BACHMAN, Petitioner Below, Appellee.

No. 499, 2016

Supreme Court of Delaware.

Submitted: March 24, 2017

Decided: May 31, 2017

Court Below—Family Court of the State of Delaware, File No. CK15–01875, Petition No. 15–29606

AFFIRMED. REVERSED. REMANDED.

Julian BODNARI, Petitioner Below, Appellant,

v.

DEPARTMENT OF CORRECTION, Central Records, and Detective Stanley A. Baynard, Respondents Below, Appellees.

No. 107, 2017

Supreme Court of Delaware.

Submitted: May 24, 2017

Decided: July 12, 2017

Court Below—Superior Court of the State of Delaware, C.A. No. N17M–02–036 (N)

AFFIRMED.

In the MATTER OF a Member of the Bar of the Supreme Court of the State of Delaware: Timothy P. CAIRNS, Petitioner.

No. 291, 2017

Supreme Court of Delaware.

Submitted: July 18, 2017

Decided: July 21, 2017

Board Case No. 113239–R

ACCEPTED.

Damajcza BUTTS, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 256, 2017

Supreme Court of Delaware.

Submitted: July 11, 2017

Decided: July 24, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1506010850 (S)

DISMISSED.

1. The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).